No. 46275.—Protest 29953–K of Sprouse-Reitz Co. (San Francisco).

Opinion by Dallinger, J. In accordance with stipulation of counsel that the articles in question are chiefly used in the kitchen or household or on the table for utilitarian purposes, and are not plated, the claim at 40 percent under paragraph 339 was sustained. Abstract 43374 followed.

No. 46276.—Protest 52324–K of Bullocks, Inc. (Los Angeles).

Opinion by Dallinger, J. It was stipulated that the merchandise is the same in all material respects as that the subject of Abstract 25457. The claim for free entry under paragraph 1604 was therefore sustained.

No. 46277.—Protests 803703–G, etc., of Cambosco Scientific Co. et al. (Boston, etc.).

Opinion by Dallinger, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 46278.—Protests 1340–K/11785, etc., of Olaf H. Olsen et al. (New Orleans, etc.).

Opinion by Dallinger, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

AUGUST 15, 1941

No. 46279.—Suit 4355.——*United States* v. *International Import Co.* Abstract 45347. Appeal dismissed on stipulation (June 6, 1941; not yet reported).

AUGUST 18 1941

No. 46280.— *United States* v. *Klytia Corp.* Reap. Dec. 4632 modified. C. A. D. 178.